## United States District Court for the Southern District of Iowa

Presiding: Honorable Judge Rebecca Goodgame Ebinger
Criminal No. 4:19-cr-00136-RGE-CFB-1 : Clerk's Court Minutes – Sentencing

---

UNITED STATES OF AMERICA VS. NATHANIEL DAVID PERKINS

---

| | |
|---|---|
| Gov. Atty(s): Mikaela Shotwell | : ✔ Indictment    Superseding Indictment    Information |
| Def. Atty(s): Joseph Herrold | : In  1  Count(s) – Code Violation: |
| Court Reporter: Chelsey Wheeler | : CONTROLLED SUBSTANCE - SELL, DISTRIBUTE, OR |
| Interpreter: N/A | : DISPENSE 21:841(a)(1), 841(b)(1)(A) Possession with |
| | Intent to Distribute Methamphetamine (1) |
| Date: March 11, 2020 | : |
| Time Start: 9:00a.m.   Time End: 9:31a.m. | : |

---

✔ Defendant reaffirmed guilty plea to Count(s) 1    :  ✔ Court adopted findings of Final PSR
  Jury    Court guilty verdict to Count(s)         :    Final PSR as amended

---

Minutes:

Defendant appears with counsel for sentencing. USPO Officer present. Defendant confirms guilty plea. Government agrees not to pursue 21 U.S.C. § 851 enhancement. Court holds colloquy with Defendant. At 9:05 a.m., parties discuss PSR. Neither party objects to the factual findings of the report, which Court adopts. At 9:06 a.m., Court addresses sentencing guidelines. Neither party objects to the guidelines calculation. Total Offense Level = 34; Criminal History Category = VI; Guideline Imprisonment Range = 262 to 327 months. At 9:08 a.m., Defense presents argument regarding appropriate sentence. At 9:14 a.m., Defendant allocutes. At 9:15 a.m., Government presents argument regarding appropriate sentence. At 9:18 a.m., Court pronounces sentence. At 9:31 a.m., Defendant is advised of appeal rights.

---

Sentence Imposed:

Defendant is sentenced to the custody of the BOP for a term of 288 months on count 1. Upon release, Defendant shall serve a supervised release term of 5 years. $100 Special Assessment to the Crime Victims' Fund Assessment.

Defendant is remanded into the custody of the United States Marshal for transportation to the designated BOP institution.

/s/ Ted Ovrom
Deputy Clerk